CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY
+ + MEMBER NY & FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY

February 6, 2025

***Via ECF and Federal Express***
Hon. José R. Almonte, U.S.M.J
Frank R. Lautenberg U.S. POST
Office & Courthouse Building
2 Federal Square
Newark, New Jersey 07102

**Re:** ***Youngs v. DraftKings, Inc., et al.***
**Civil Action No. 2:25-cv-00179 (SRC)(JRA)**

Dear Judge Almonte:

This Firm represents Defendants, DraftKings, Inc., Crown NJ Gaming Inc. d/b/a Draft Kings, Resorts Atlantic City and DGMB Casino LLC ("Defendants"), in connection with the above referenced matter. We write to request the entry of an Order extending Defendants' time to respond to the Complaint.

Defendants' acknowledged service of the Complaint on January 27, 2025. Defendants' response to the Complaint is currently due on February 18, 2025. Under Local Civil Rule 6.1(b), Defendants could seek the Clerk's fourteen (14) day extension, making Defendants' response due on March 3, 2025. However, with the consent of the Plaintiff, Defendants request an extension of time to respond to the Complaint until March 27, 2025.

In that regard, enclosed please find a proposed Consent Order Extending Time to Answer, Move or Otherwise Respond to the Complaint. If the enclosed Order meets with Your Honor's approval, it is respectfully requested that it be executed by the Court and entered on the Docket.

Thank you for your attention to and consideration of this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

JOHN M. AGNELLO

JMA
Enclosure
Cc: All Counsel of Record (w/enclosure) (via ECF)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

John M. Agnello, Esq.
James E. Cecchi, Esq.
Melissa E. Flax, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
jagnello@carellabyrne.com
jcecchi@carellabyrne.com
mflax@carellabyrne.com
Attorneys for Defendants, DraftKings, Inc., Crown NJ Gaming Inc. d/b/a Draft Kings,
Resorts Atlantic City and DGMB Casino LLC

| | | |
|---|---|---|
| MATTHEW YOUNGS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS, INC.; CROWN NJ GAMING INC. d/b/a DRAFTKINGS; RESORTS ATLANTIC CITY; and DGMB CASINO LLC,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:25-179 (SRC)(JRA)<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT** |

This matter having been opened to the Court by Carella, Byrne, Cecchi, Olstein Brody & Agnello, P.C. (John M. Agnello, Esq.), attorneys for Defendants, DraftKings, Inc., Crown NJ Gaming Inc. d/b/a Draft Kings, Resorts Atlantic City and DGMB Casino LLC ("Defendants"), with the consent of Law Office of Elvin Esteves LLC (Elvin Esteves, Esq.), attorneys for Plaintiff, Matthew Youngs, individually and on behalf of all others similarly situated, for an Order extending the time for Defendants to answer, move or otherwise respond to the Complaint; and the Court

having considered Defendants' letter dated February 6, 2025 requesting the extension; and for good cause shown;

**IT IS** on this _________ day of _____________, 2025;

**ORDERED** that the time for Defendants to answer, move or otherwise respond to the Complaint be and is hereby extended up to and including March 27, 2025.

The undersigned hereby consent to the
form and entry of this Consent Order:

Law Office of Elvin Esteves LLC
Attorneys for Plaintiff,
Matthew Youngs, individually and
on behalf of all others similarly situated.

By: *__/s/ Elvin Esteves________________*
ELVIN ESTEVES

Dated: February 6, 2025

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Defendants, DraftKings, Inc.,
Crown NJ Gaming Inc. d/b/a Draft Kings,
Resorts Atlantic City and DGMB Casino LLC

By: *__/s/ John M. Agnello______________*
JOHN M. AGNELLO

Dated: February 6, 2025

**SO ORDERED:**

_______________________________
Honorable José R. Almonte, U.S.M.J