## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

John M. Agnello, Esq.
Melissa E. Flax, Esq.
James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jagnello@carellabyrne.com
        mflax@carellabyrne.com
        jcecchi@carellabyrne.com

Richard R. Patch (pro hac vice)
Clifford E. Yin (pro hac vice)
Christopher J. Wiener (pro hac vice)
Sarah E. Peterson (pro hac vice)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: 415-391-4800
Facsimile: 415-989-1663
Email: ef-rrp@cpdb.com
        ef-cey@cpdb.com
        ef-cjw@cpdb.com
        ef-sep@cpdb.com

Attorneys for Defendants, DraftKings Inc., Crown NJ Gaming Inc. d/b/a DraftKings,
DGMB Casino LLC and Resorts Casino Hotel (improperly impleaded as Resorts Atlantic City)

| | |
|---|---|
| MATTHEW YOUNGS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>DraftKings Inc. Crown NJ Gaming Inc. d/b/a DraftKings, Resorts Atlantic City and DGMB Casino LLC,<br><br>        Defendants. | Case No. 2:25-cv-00179-SRC-JRA |

## DECLARATION OF VERONICA HAMEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Veronica Hamel, declare and state as follows:

1.     I am Senior Vice President, Marketing of DraftKings Inc. ("DraftKings"), a defendant in the above-entitled action.

2.     As a Senior Vice President, Marketing, I have knowledge of the various aspects of DraftKings' marketing operations, including how DraftKings presents and distributes its promotions to eligible users.

3.     I have reviewed the promotions included in the class action complaint filed by Matthew Youngs ("Mr. Youngs") in this action, which contains allegations regarding three types of promotions offered by DraftKings, including one of DraftKings' casino deposit bonus promotions ("Casino Deposit Bonus Promotion").

4.     Mr. Youngs alleges he received emails from DraftKings regarding the Casino Deposit Bonus Promotion in 2023 and 2024. Complaint ¶ 221. Mr. Youngs included in his Complaint screenshots purporting to be portions of three emails he received regarding the Casino Deposit Bonus Promotion as Figures 15, 16 and 17. Complaint ¶ 221, Figs. 15-17.

5.     I instructed my team to review DraftKings' systems and records with regard to the full text of the three emails that Mr. Youngs alleges he received, and includes images of, in his Complaint at Figures 15, 16 and 17.

6.     Figure 15 of the Complaint is an image Mr. Youngs described as: "Body of email Plaintiff Youngs received in June of 2023." Complaint ¶ 221, Fig. 15. The text at the top of the image states: "MCYOUNGZ, Opt in & choose one of two possible Casino deposit offers to redeem between now and 06/04/2023 at 11:59 PM ET!*" Attached as **Exhibit 1** is a

2

representative copy of the email sent by DraftKings to Mr. Youngs on June 2, 2023, which contains the information and text described above and sets forth the full promotional terms and conditions for the Casino Deposit Bonus Promotion identified in Figure 15. The amount of the Crowns Balance and the amount of Tier Credits has been redacted.

7.     Figure 17 of the Complaint is an image Mr. Youngs described as "Image from email Plaintiff Youngs received in December 2023." Complaint ¶ 221, Fig. 17.  The email header contains Mr. Youngs' username (mcyoungz). The text in the top half of the image is addressed to Mr. Youngs and states: "CLAIM YOUR 100% CASINO DEPOSIT BONUS! MCYOUNGZ, opt in and place a qualifying Casino deposit of $5 or more between now and 12/10/23 at 11:59 PM ET." Attached as **Exhibit 2** is a representative copy of the email sent by DraftKings to Mr. Youngs on December 8, 2023, which contains the information and text described above and sets forth the full promotional terms and conditions for the Casino Deposit Bonus Promotion identified in Figure 17. The amount of the Crowns Balance and the amount of Tier Credits has been redacted.

8.     Figure 16 of the Complaint is an image described as "Body of email Plaintiff Youngs received in July 2024." Complaint ¶ 221, Fig. 16. The email header contains Mr. Youngs' username (mcyoungz). The text at the top of the image states: "100% Casino Bonus Up to $2,000. 10x Play-Through Required. Min $50 Deposit. Material terms Apply*." Under that text, it states: "HOW TO CLAIM YOUR OFFER," and the text at step 3 of that section states "Complete promotional requirements by Mon, 7/29 @ 2:00 AM ET!" Attached as **Exhibit 3** is a representative copy of the email sent by DraftKings to Mr. Youngs on July 19, 2024, which contains the information and text described above and sets forth the full promotional terms and

conditions for the Casino Deposit Bonus Promotion identified in Figure 16. The amount of the Crowns Balance and the amount of Tier Credits has been redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct to the best of my knowledge and belief based on the information available to me, including the books and records at DraftKings, or information reported to me in the regular course of business by other individuals in the organization with personal knowledge of such facts.

Executed this _26_ day of __March_____, 2025, at __Holliston__, __Massachusetts__.

Veronica Hamel

# EXHIBIT 1





# HOW TO CLAIM YOUR OFFER

1. Click "SEE DETAILS" to Opt in and for additional information on the Player's Choice Landing Page.

   You must Opt in and select one of the two deposit offers on the Player's Choice Landing Page in order to qualify.

   Option 1 - Earn a 100% Casino Deposit Bonus up to $2,000 in Casino Bonus Funds.

   Original deposit amount plus the bonus amount are subject to a 15x play-through requirement which can only be completed on DraftKings Casino.

   For more information on this bonus, how it works, and what the contribution rates are please see "What is a Casino Deposit Bonus?"

2. Option 2 - Earn a 50% Deposit and Play Bonus on your next deposit up to $2,000 in Casino Credits.

   Casino Credits will be awarded to the player according to the following play-through requirements: For every $20 played on DraftKings Sportsbook (-300 odds or longer) receive $1 in Casino Credits. For every $50 played on DraftKings Casino receive $1 Casino Credits.



A deposit of $100 or more is required with either deposit option. Players will have 7 days from the time of deposit to complete the PTR for both deposit offers. Players must Opt in before 06/04/23 at 03:00 AM ET in order to qualify. The promotional period concludes on 06/04/23 at 11:59 PM ET.

**SEE DETAILS**

If you or someone you know has a gambling problem and wants help, call 1-800 GAMBLER.
21+.Physically present in NJ. Eligibility restrictions apply. See draftkings.com/casino for full terms and conditions.





# ADDITIONAL INFO

—

*Promotion valid from 06/02/2023 10:00:00 AM Eastern Time (ET) to 06/04/2023 11:59:59 PM Eastern Time (ET) (the "Promotional Period"). Qualified players must opt into the promotion by 06/04/2023 3:00:00 AM Eastern Time (ET). Must be physically located in: MI, NJ, PA, or WV ("each an "Eligible Jurisdiction" or, collectively, the "Eligible Jurisdictions"). Must be 21+ years of age or older. To claim the promotion, the eligible customers must: (1) be physically located in an Eligible Jurisdiction and attained the appropriate age, (2) opt in to one of the two deposit offers available by 06/04/2023 3:00:00 AM ET: (Option 1) Earn a 100% Casino Deposit Bonus up to $2,000. (Option 2) Earn a 50% bonus on your next deposit up to $2,000 in Casino Credits. (3) make your first deposit, a standalone minimum of $100+ into your DraftKings Casino account. See DraftKings terms and conditions for information on creating, using, and funding an interactive gaming account. Registrations made on the DraftKings Sportsbook app or website are not eligible. Deposits made on the DraftKings DFS are not eligible. This deposit offer can only be claimed once (1) per patron. Upon completion, eligible customers will be awarded the following: Option 1: A 100% Casino Deposit Match Bonus of up to $2,000 in Casino Bonus Funds on your first deposit of $100 or more after opting in. The maximum reward that can be claimed within this promotional offer is $2,000 in Casino Bonus Funds. The bonus

funds will be applied automatically to the qualified patron's new account upon completing the offer requirements. Crediting may take an additional 72 hours in the event of technical difficulties or extenuating circumstances. Failure to complete the 15x play-through requirement, defined below, of the original deposit and Casino Bonus Funds within seven (7) days (the "Play-through Period") of them being credited to your account will void the award. This will result in forfeiture of any wagered and lost portion of the original deposit, Casino Bonus Funds, and any accumulated winnings. For the avoidance of doubt, the seven (7) day completion period, during which the consumer must complete the 15x play-through of the original deposit and bonus funds, is measured as 168 hours from the time the bonus funds are deposited into the consumer's DraftKings Casino account. Not all DraftKings Casino games are viable in each jurisdiction. If a player makes a qualifying deposit of $2,000 or more, in order to complete the promotion, the player must play-through a total of a minimum of $60,000 at a 100% contribution rate, contribution rates defined below, or a maximum of $600,000 at a 10% contribution rate. Original deposit amount plus the Casino Bonus Funds amount are subject to a 15x play-through requirement, which can only be completed on DraftKings Casino. The play-through requirement must be completed during the applicable Play-Through Period, as stated above, starting from the time the bonus award is deposited into the players account. CASINO GAMES ARE ELIGIBLE AT DIFFERENT CONTRIBUTION RATES: 100% (Slots, Lottery, Keno, Virtual Sports); 20% (Blackjack, Other Table Games, & Select Slots* (*see https://casino.draftkings.com/what-is-a-casino-deposit-bonus for eligible slots)); and 10% (Live Dealer Games, Video Poker, Baccarat, Roulette). DraftKings Craps is not eligible for the Casino Deposit Bonus portion of this promotion. For example: a $10 bet on a slot game listed at 100% will count as a $10 bet towards meeting the wagering requirements. A $10 bet on a game listed at 20% will count as a $2 bet towards meeting the wagering requirements. A $10 bet on a game listed at 10% will count as a $1 bet towards meeting the wagering requirements. For more information on this bonus, how it works, and what the contribution rates are please see: https://casino.draftkings.com/what-is-a-casino-deposit-bonus. For example, if the offer is a 50% deposit match up to $1,500 with a 15x play-through and 30 days to complete the play-through, the consumer would need to deposit $3,000 (the original deposit) to be awarded the maximum deposit match in Casino Bonus Funds of $1,500. The consumer would then have to wager their original deposit and the Casino Bonus Funds awarded 15 times though during the 30 day (720 hour) Play-through Period, for a cumulative play-through total of a minimum of $67,500 (at 100% contribution rates; $4,500 * 15 times play-through = $67,500) or a maximum of

$675,000 (at 10% contribution rates) in casino products based on the above outlined Casino game contribution rates. At the end of the Play-Through Period, if the consumer has wagered his original deposit and awarded Casino Bonus Funds 15x and has met the cumulative play-through total requirement, they will be awarded the balance remaining in the account which may comprise of the original deposit, awarded Casino Bonus Funds and/or winnings generated from the play of the original deposit or awarded Casino Bonus Funds. Order of Funds for wagering: (1) customer's initial qualifying deposited funds are wagered first prior to casino bonus funds, (2) winnings accrued during the bonus play-through of the initial qualifying deposit, (3) bonus amount. IF THE PLAY-THROUGH REQUIREMENT IS NOT MET, ANY WINNINGS, BONUS FUNDS, AND LOST WAGERED PORTION OF THE ORIGINAL DEPOSIT WILL EXPIRE AND BE FORFEITED. At any point, a user may decide to forfeit their casino bonus and remove themselves from the promotion. Forfeiture of the bonus will result in the loss of any wagered lost portion of the original deposit, any remaining bonus funds and any winnings tied to this bonus promotion. A forfeiture is not reversible and no exceptions will be made. Option 2: Earn a 50% bonus on your next deposit up to $2,000 in Casino Credits. A deposit of $100 or more qualifies the user to receive up to $2,000 in Casino Credits. Bonus amount is equal to 50% of the deposit amount, not to exceed $2,000 (the user must deposit $4,000 or more to be eligible to receive the maximum possible bonus amount of $2,000). Casino Credits will be awarded to the user according to the following play-through requirements: For every $20 played on DraftKings Sportsbook (-300 odds or longer) they will receive $1 in Casino Credits, for every $50 played on DraftKings Casino they will receive $1 Casino Credits released into their customer account. The play-through requirement must be completed within 7 days of the deposit. Deposits prior to opt in will not be counted towards promotion and cannot be retroactively added. Limit one (1) bonus per player. DraftKings Casino Online only. Casino Bonus match not valid on deposits via Cash or Wire deposit methods. Players must opt in by 06/04/2023 3:00:00 AM ET and make a qualifying deposit by 06/04/2023 at 11:59:59 PM ET to qualify. Casino Credits must be wagered 1x and cannot be withdrawn until played through. There are no turnover requirements or restrictions on Casino Credit winnings. If a player has multiple Casino Credits on the same game, the credits that expire first will be used first. If a player does not have enough Casino Credits to make a minimum wager on the game, the remaining Casino Credits will be converted into DK Dollars and immediately added to the player's balance. Casino Credits: Failure to use the Casino Credits within seven (7) days (the "Play-through Period") of them being credited to your account will

void the award. For the avoidance of doubt, the seven (7) day completion period is measured as 168 hours from the time the bonus credits are deposited into the consumer's new DraftKings Casino account. See DraftKings terms and conditions for information and limitations on wagering. Attempting to place risk-free or low-risk bets on any games, including but not limited to Baccarat (i.e. betting both the Player and Banker) and Roulette (i.e. betting both Red and Black), is considered abuse of the promotion and will disqualify the patron from participation. Promotional abuse including but not limited to concurrent bets that take the opposite side of a game will lead to removal from promotion and any series points associated. Should you wish to cancel your participation in this promotion at any time, please contact customer experience at support@draftkings.com. Upon cancellation, you may withdraw any non-wagered funds deposited and any wagered deposit funds that have not been lost in connection with this promotion subject to DraftKings Terms of Use. However, any applicable bonus rewards in your account, including winnings that are subject to a bonus reward with a play-through requirement that has not been met, shall be void, subject to forfeiture, and may not be transferred or withdrawn. All promotions are subject to the DraftKings Terms of Use and Privacy Policy. By accepting any bonus rewards, registered players agree to abide by the terms and conditions of this promotion. Promotional offer is subject to regulatory approval. Void where prohibited by law. DraftKings account holders are responsible for any and all local, state, or federal taxes. DraftKings is not liable for computer or program malfunctions, nor for errors in bonus rewards. DraftKings reserves the right to exclude certain registered players from this promotion, as well as the right to withhold the bonus reward if there is reason to suspect that their actions are fraudulent or, at DraftKing's sole discretion, it is determined that their actions are in violation of DraftKing's Terms of Use. To be eligible for this promotion, players must be eligible to wager on DraftKings and must be physically located in a jurisdiction in which DraftKings operates. Any player who is found to be ineligible to play on DraftKings immediately forfeits any bonus rewards which have been awarded. If physically located in PA, this promo will comply with subsection 813.3(e) regarding cancellation in this promotion by a patron. See DraftKings terms and conditions for information on eligibility for creating, using, and funding an interactive gaming account. DraftKings reserves the right to suspend, modify, and/or cancel this promotion upon notice to and approval from the applicable jurisdiction regulators located in the respective Eligible Jurisdiction. If you or someone you know has a gambling problem and wants help, please call 1-800-Gambler (NJ,

WV, PA). If you or someone you know has a gambling problem and wants help, call the Michigan Department of Health and Human Services Gambling Disorder Help-line at 1-800-270-7117 (MI). Eligibility restrictions apply, see draftkings.com/sportsbook for full terms and conditions.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States



DFS | Sportsbook | Casino

DraftKings Inc. is a US-based company. DraftKings' Sportsbook and Casino products are regulated by the New Jersey Division of Gaming Enforcement as an internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our Sportsbook and Casino games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: 
This email was sent by: DraftKings Inc.

Privacy Policy

**DraftKings is committed to Responsible Gaming**
DraftKings Code of Conduct    |    DraftKings RG Tools & Resources
To manage your DraftKings email preferences or unsubscribe, click here

# EXHIBIT 2



There is a PTR (play-through requirement) of 10x. Funds will be locked until the PTR is met or the bonus expires, whichever comes first.

Play-through must be completed 7 days from deposit. All funds, both deposit and Casino Bonus Funds can only be redeemed and played on DraftKings Casino. This excludes Sportsbook and DFS wagers.

**3** Not all DraftKings Casino Games contribute equally to the play-through requirement, and some games do not contribute at all. For more information on this bonus, how it works, and what the contribution rates are please see "What is a Casino Deposit Bonus?"

**CLAIM NOW**

If you or someone you know has a gambling problem and wants help, call 1-800 GAMBLER. 21+.Physically present in NJ. Eligibility restrictions apply. See draftkings.com/casino for full terms and conditions.



Dynasty customers only. Must complete play on DraftKings and/or Golden Nugget platforms and earn Crowns to receive Crowns Boost each week. Boost amount varies by Tier Status and platform of gameplay. Eligible gameplay and featured games varies. Crowns are non-withdrawable site credits and do not expire. Valid on all DraftKings and GNOG platforms. Terms: https://casino.draftkings.com/dynasty-rewards-crowns-boost-tac. Ends 6/30/25 at 11:59 PM ET.



# ADITIONAL INFO

*Promotion valid between 12/08/2023 at 10:00 AM Eastern Time (ET) and 12/10/2023 at 11:59 PM ET (the "Promotional Period"). Must be physically located in: the Commonwealth of Pennsylvania, the State of Michigan, the State of New Jersey, or the State of West Virginia. (each an "Eligible Jurisdiction" or, collectively, the "Eligible Jurisdictions"). Must be 21+ years of age or older. To be eligible for this promotion, customers must (1) be physically located in an Eligible Jurisdiction and attained the appropriate age; (2) be a registered DraftKings Casino customer with an active account; (3) receive an offer to participate in this promotion; (4) opt-in by 12/10/2023 at 3:00 AM ET by clicking the appropriate link/button within the Promotional Period; and (5) make a minimum deposit of $5 into your DraftKings Casino account (the "Original Deposit") during the Promotional Period. Upon completion of the promotion requirements, eligible customers will be awarded a 100% deposit match of their Original Deposit up to a maximum of $5,000 in Casino Bonus Funds. The deposit match applies only to the first successfully completed Original Deposit on DraftKings Casino (the App or website) after opting in. Deposits made on DraftKings DFS are not eligible. Bonus rewards will be credited immediately to customers' accounts, or in the event of technical difficulties, within 72 business hours. • Casino Bonus Funds and Original Deposit are subject to play-through requirements which can only be completed on DraftKings Casino. Failure to complete the play-through requirement, defined below, of the Original Deposit and Casino Bonus Funds within seven (7) days (the "Play-through Period") of the Casino Bonus Funds being credited to your account will void the award. This will result in forfeiture of any wagered and lost portion of the Original Deposit, Casino Bonus Funds and any accumulated winnings. For the avoidance of doubt, the seven (7) day Play-through Period, during which the customer must complete the play-through of the original deposit and bonus funds, is measured as 168 hours from the time the bonus funds are deposited into the customer's DraftKings Casino account. Not all DraftKings Casino games are available in each jurisdiction. • Original deposit amount plus the Casino Bonus Funds amount are subject to a 10x play-through requirement. The play-through requirement must be completed during the applicable Play-through Period, as stated above, starting from the time the bonus award is deposited into the customer's account. Eligible games contribute toward the play-through at different contribution rates. This means, for example, if the offer is a 50% deposit match up to $1,500 with a 15x play through, the customer would need to deposit $3,000 (the original deposit) to be awarded the maximum deposit match in Casino Bonus Funds of $1,500. The customer would then have to wager their original deposit and the Casino Bonus Funds awarded 15 times through during the 7 day (168 hour) Play-through Period, for a cumulative play through total of a minimum of $67,500 (at 100% contribution rates) or a maximum of $675,000 (at 10% contribution rates). • $67,500 = [($3,000 deposit + $1,500 match) / 100% contribution rate * 15x play-through] • 67,500 = [((3000 + 1,500) / 1) * 15] • $675,000 = [($3,000 deposit + $1,500 match) / 10% contribution rate * 15x play-through] • 675,000 = [((3000 + 1,500) / 0.1) * 15] • DRAFTKINGS CASINO GAMES CONTRIBUTE TOWARD THE PLAY-THROUGH REQUIREMENT AT DIFFERENT CONTRIBUTION RATES. Not all DraftKings Casino games contribute equally to the play-through requirement, and some games do not contribute at all. Game availability varies by jurisdiction. Contribution Rate example: a $10 bet on a slot game listed at 100% will count as a $10 bet towards meeting the play-through requirement. A $10 bet on a game listed at 20% will count as a $2 bet towards meeting the play-through requirement. For more information on the play-through requirements and contribution rates are please see:

https://casino.draftkings.com/what-is-a-casino-deposit-bonus. • At the end of the Play-through Period, if the customer has wagered their Original Deposit and awarded Casino Bonus Funds and has met the cumulative play-through total requirement, they will be awarded the balance remaining in the account, which may be comprised of the Original Deposit, awarded Casino Bonus Funds and/or winnings generated from the play of the Original Deposit or awarded Casino Bonus Funds. • Order of Funds for wagering: (1) customer's initial qualifying deposited funds (the Original Deposit) are wagered first prior to casino bonus funds, (2) winnings accrued during the play-through of the Original Deposit, (3) bonus amount. IF THE PLAY-THROUGH REQUIREMENT IS NOT MET, ANY WINNINGS, BONUS FUNDS AND LOST WAGERED PORTION OF THE ORIGINAL DEPOSIT WILL EXPIRE AND BE FORFEITED. At any point, a customer may decide to forfeit their bonus and remove themselves from the promotion. Forfeiture of the bonus will result in the loss of any wagered lost portion of the Original Deposit, any remaining bonus funds and any winnings tied to this bonus promotion. A forfeiture is not reversible and no exceptions will be made. Limit one (1) offer per customer. See DraftKings terms and conditions for information and limitations on wagering. Attempting to place risk-free or low-risk bets on any games, including but not limited to Baccarat (i.e. betting both the customer and Banker) and Roulette (i.e. betting both Red and Black), is considered abuse of the promotion and will disqualify the customer from participation. Promotional abuse including but not limited to concurrent bets that take the opposite side of a game will lead to removal from promotion and any series points associated. Should you wish to cancel your participation in this promotion at any time, please contact customer experience at support@draftkings.com. Upon cancellation, you may withdraw any non-wagered funds deposited and any wagered deposit funds that have not been lost in connection with this promotion subject to DraftKings Terms of Use. However, any applicable bonus rewards in your account, including winnings that are subject to a bonus reward with a play through requirement that has not been met, shall be void, subject to forfeiture, and may not be transferred or withdrawn. All promotions are subject to the DraftKings Terms of Use and Privacy Policy. By accepting any bonus rewards, registered customers agree to abide by the terms and conditions of this Promotion. Promotional offer is subject to regulatory approval. Void where prohibited by law. DraftKings account holders are responsible for any and all local, state, or federal taxes. DraftKings is not liable for computer or program malfunctions, nor for errors in bonus rewards. DraftKings reserves the right to exclude certain registered customers from this promotion, as well as the right to withhold the bonus reward if there is reason to suspect that their actions are fraudulent or, at DraftKings' sole discretion, it is determined that their actions are in violation of the DraftKings Terms of Use, including but not limited to sharing account credentials with other individuals, placing wagers on behalf of other individuals, circumventing DraftKings age and location verification procedures, and abusing the DraftKings Platform, the Services, or any bonuses, the refer-a-friend program, or any other offers or promotions (e.g. placing bets on both sides of an event with equal odds to satisfy a promotions play through requirement) in any way. To be eligible for this promotion, customers must be eligible to wager on DraftKings and must be physically located in a jurisdiction in which DraftKings operates. Any customer who is found to be ineligible to play on DraftKings immediately forfeits any bonus rewards which have been awarded. If physically located in PA, this promo will comply with subsection 813.3(e) regarding cancellation in this Promotion by a customer. See DraftKings terms and conditions for information on eligibility for creating, using, and funding an interactive gaming account. DraftKings reserves the right to suspend, modify, and/or cancel this promotion upon notice to and approval from the applicable jurisdiction regulators located in the respective Eligible Jurisdiction. If you or someone you know has a gambling problem and wants help, please call 1-800-Gambler (NJ, WV, PA). If you or someone you know has a gambling problem and wants help, call the Michigan Department of Health and Human Services Gambling Disorder Help-line at 1-800-270-7117 (MI). Eligibility restrictions apply, see draftkings.com/sportsbook for full terms and conditions.

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States



DFS | Sportsbook | Casino

DraftKings Inc. is a US-based company. DraftKings' Sportsbook and Casino products are regulated by the New Jersey Division of Gaming Enforcement as an internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our Sportsbook and Casino games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.

© DraftKings All Rights Reserved

This email was sent to: myyoungs@ucla.edu.
This email was sent by: DraftKings Inc.
To manage your DraftKings email preferences or unsubscribe, click here.

Privacy Policy

**DraftKings is committed to Responsible Gaming**

DraftKings Code of Conduct | DraftKings RG Tools & Resources



# EXHIBIT 3



# OFFER DETAILS

100% Casino Deposit Match Bonus up to $2,000 in Casino Bonus Funds
- Promotional Period: 07/19/24 10:00 AM ET - 07/21/24 11:59 PM ET
- Requirements: Must opt-in by 07/21/24 at 11:59 PM ET
- Complete a minimum deposit of $50 by 07/21/24 11:59 PM ET. Deposits made outside of the Promotional Period will not be eligible for this promotion.
- Customers who opt-in and complete their deposit will receive a 100% deposit match based on the amount of their deposit, up to a maximum of $2,000.
- Play-Through Requirements:
- Casino Bonus Funds reward requires 10x play-through within 7 days (168 hours) at different contribution rates Casino games.
- To receive the maximum bonus, customer must play through a minimum cumulative total of $20,000
at 100% contribution rates [($2,000 match) / 100% * 10x play-through]; or a maximum of $100,000 at 20% contribution rates [($2,000 match) / 20% * 10x play-through]. Failure to complete the play-through will result in forfeiture of the reward. Please see full terms for details.

**OPT-IN**

If you or someone you know has a gambling problem and wants help, call 1-800 GAMBLER. 21+.Physically present in NJ. Eligibility restrictions apply. See draftkings.com/casino for full terms and conditions.





## ADDITIONAL INFO

* *Thank you for choosing to participate in this promotion (the "Promotion") being offered by DraftKings. By entering or participating in the Promotion you hereby agree to be bound by these Promotion terms (the "Promotion Terms"). If you do not wish to be bound by the Promotion Terms, please do not enter or participate in the Promotion. If you have any questions regarding the Promotion or the Promotion Terms, or wish to cancel your participation in this Promotion, please contact support@draftkings.com for more information.

PROMOTION REQUIREMENTS AND ELIGIBILITY

Promotion valid between 07/19/2024 at 10:00 AM Eastern Time (ET) and 07/21/2024 at 11:59 PM ET (the "Promotional Period"). To be eligible for DraftKings Casino and the Promotion, you must be physically located in: MI, NJ, PA, or WV (each an "Eligible Jurisdiction" or, collectively, the "Eligible Jurisdictions") and you must be 21+ years of age or older. Any customer who is found to be ineligible to play on DraftKings (i.e., by way of self-exclusion from gambling, restriction due to employment, or otherwise) may not participate in this Promotion and immediately forfeits any bonus rewards which have been awarded under this Promotion.

In addition to the eligibility requirements set forth above and in the DraftKings Terms of Use, to participate in the Promotion, customers must (1) be a registered DraftKings Casino customer with an active account; (2) receive an offer to participate in this promotion; (3) opt-in by clicking the appropriate link/button within the Promotional Period; and (4) make a minimum deposit of $50 or more into your DraftKings Casino account (the "Original Deposit") during the Promotional Period to receive a deposit match bonus.

DEPOSIT MATCH TERMS

Upon completion of the promotion requirements, eligible customers will be awarded a 100% deposit match up to a maximum of $2,000. Deposit match issued as Casino Bonus Funds, subject to play-through requirements listed below. Deposit match calculated based upon Original Deposit. Deposit match applies only to the first successfully completed Original Deposit on DraftKings Online Casino (the App or website) or DraftKings Sportsbook & Casino (the App or website) after opting in. Deposits made on DraftKings DFS Apps or websites are not eligible and must be made during the Promotional Period. Original Deposits cannot be retroactively added. Bonus Rewards will be credited immediately to customers' accounts, or in the event of technical difficulties, within 72 business hours.

CASINO BONUS FUNDS

Casino Bonus Funds reward requires customers to complete a 10x play-through requirement which can only be completed on DraftKings Casino. Failure to complete the play-through requirement within seven (7) days (the "Play-through Period") of the Casino Bonus Funds being credited to a customer's account will void the reward, which will result in forfeiture of the Casino Bonus Funds reward and any winnings associated with that reward. For the avoidance of doubt, the Play-through Period is measured as 168 hours from the time the bonus funds are deposited into the customer's DraftKings Casino account. Casino Bonus Funds reward will be credited to customer's account immediately, or in the event of technical difficulties, within 72 business hours. If a customer withdraws their deposit or any cash winnings from their deposit prior to completion of the play-through requirement, the Casino Bonus Funds and any winnings associated with wagered Casino Bonus Funds will be forfeited and the customer will be removed from the promotion.

DRAFTKINGS CASINO GAMES CONTRIBUTE TOWARD THE PLAY-THROUGH REQUIREMENT AT DIFFERENT CONTRIBUTION RATES. Not all DraftKings Casino games contribute equally to the play-through requirement, and some games do not contribute at all. Any games with a 0% contribution rate will not contribute toward the play-through requirement for any casino bonus. Please be aware that any winnings earned from a 0% contribution rate game would be considered locked winnings until the play-through requirement is met. Game availability varies by jurisdiction. Contribution Rate example: a $10 bet on a slot game listed at 100% will count as a $10 bet towards meeting the play-through requirement. A $10 bet on a game listed at 20% will count as a $2 bet towards meeting the play-through requirement. For more information on the play-through requirements and contribution rates are please see: https://casino.draftkings.com/what-is-a-casino-play-through-requirement.

EXAMPLE: If the offer is a 50% deposit match up to $1,500 with a 10x play-through over 7 days (168 hours), the customer would need to deposit $3,000 (the Original Deposit) to be awarded the maximum deposit match in Casino Bonus Funds of $1,500. The customer would then have to wager the amount of Casino Bonus Funds awarded 10 times through during the 7-day (168 hour) Play-through Period, for a cumulative play through total of a minimum of $15,000 (at 100% contribution rates) or a maximum of $75,000 (at 20% contribution rates).

$15,000 = [($1,500 / 100% contribution rate) * 10x play-through]

15,000 = [(1,500 / 1) * 10]

$75,000 = [($1,500 match / 20% contribution rate) * 10x play-through]

75,000 = [(1,500 / 0.2) * 10]

For more information on casino deposit bonus, please see: https://casino.draftkings.com/what-is-a-draftkings-casino-deposit-bonus.

Order of Funds for wagering: (1) customer's Original Deposit; (2) winnings accrued during the play-through of the Original Deposit if the Original Deposit has been lost, and/or winnings accrued from wagering any bonus rewards balance, (3) bonus rewards balance (including Casino Bonus Funds issued from this promotion). At any point, a customer may decide to forfeit their bonus and remove themselves from the promotion. Forfeiture of the bonus will result in the loss of any wagered lost portion of the Original Deposit, any remaining Casino Bonus Funds, and any winnings associated with the Casino Bonus Funds. A forfeiture is not reversible, and no exceptions will be made.

Upon completion of the play-through requirement within the Play-through Period the Casino Bonus Funds and any winnings associated with wagered Casino Bonus Funds will be converted to cash and added to the customer's cash balance, thereby making it available for withdrawal from the Customer's account. IF THE PLAY-THROUGH REQUIREMENT IS NOT MET, CASINO BONUS FUNDS AND ASSOCIATED WINNINGS WILL EXPIRE AND BE FORFEITED, AND CUSTOMERS WILL RECEIVE NOTHING. For example:

Example Offer: A 100% deposit match up to $2,000 in Casino Bonus Funds with a 10x play-through over 7 days (168 hours).

Customer deposits $100. The customer will receive $100 in Casino Bonus Funds.

Cash Balance: $100 | Bonus Balance: $100
Customer has to play through $100 10 times in order to retain the Casino Bonus Funds reward.
Customer must play through $1,000 on DraftKings Casino
Customer wagers $100 from Original Deposit, wins $500.
Cash Balance: $600 ($100 Original Deposit + $500 winnings) | Bonus Balance: $100
Play-through: $100 has been played, $900 left to play-through
Customer wagers $100 again, loses.
Cash Balance: $500 ($0 Original Deposit + $500 winnings) | Bonus Balance: $100
Play-through: $200 has been played, $800 left to play-through
Customer wagers $500 of winnings, loses it all
Cash Balance: $0 ($0 Original Deposit + $0 winnings) | Bonus Balance: $100
Play-through: $700 has been played, $300 left to play-through
Customer wagers $100 of Casino Bonus Funds, wins $300
Cash Balance: $0 | Bonus Balance: $400 ($100 Casino Bonus Funds + $300 bonus winnings)
Play-through: $800 has been played, $200 left to play-through
PLAY-THROUGH COMPLETED OUTCOME: Customer wagers $200 of Casino Bonus Funds + bonus winnings, wins $50
Cash Balance: $0 | Bonus Balance: $450 ($100 Casino Bonus Funds + $350 bonus winnings)
Play-through: $1,000 has been played and the play-through requirement has been met.
PLAY-THROUGH INCOMPLETE OUTCOME: Customer wagers nothing else. Play Through Period expires. Customer only met $800 of the $1,000 play-through.
Customer forfeits the $400 Bonus balance ($100 Casino Bonus Funds + $300 bonus winnings) because customer has not met the $1,000 play-through requirement during the Play Through Period.
For more information please contact support@draftkings.com.

**GENERAL TERMS**

Limit one (1) offer per customer. Reward substitutions or changes will be made in DraftKings's sole discretion. See DraftKings Casino Terms of Use for information and limitations on wagering. Whether a customer has committed abuse of this Promotion, violated the Promotion Terms or DraftKings Terms of Use, will be determined by DraftKings in its sole discretion, for any reason or no reason at all. Should you wish to cancel your participation in this promotion at any time, please contact customer experience at support@draftkings.com. Upon cancellation, you may withdraw any non-wagered funds deposited and any wagered deposit funds that have not been lost in connection with this promotion subject to DraftKings Terms of Use. However, any applicable bonus rewards in your account, including winnings that are subject to a bonus reward with a play through requirement that has not been met, shall be void, subject to forfeiture, and may not be transferred or withdrawn. All promotions are subject to the DraftKings Terms of Use and Privacy Policy. By accepting any bonus rewards, registered customers agree to abide by the terms and conditions of this Promotion. Promotional offer is subject to regulatory approval. Void where prohibited by law. DraftKings account holders are responsible for any and all local, state, or federal taxes. DraftKings is not liable for computer or program malfunctions, nor for errors in bonus rewards. DraftKings reserves the right to exclude or remove certain customers from this Promotion, as well as the right to withhold bonus rewards if you have violated or attempted to violate the Promotion Terms or DraftKings Terms of Use, including but not limited to sharing account credentials with other individuals, placing wagers on behalf of other individuals, circumventing DraftKings age and location verification procedures, and abusing the DraftKings Platform, the Services, or any bonuses, the refer-a-friend program, or any other offers or promotions, including this Promotion, in any way. If physically located in PA, this promo will comply with subsection 813.3(e) regarding cancellation in this Promotion by a customer. See DraftKings Terms of Use for information on eligibility for creating, using, and funding an interactive gaming account. DraftKings reserves the right to suspend, modify, and/or cancel this Promotion for any reason. If you or someone you know has a gambling problem, help is available. Call 1-800-GAMBLER.

# D R A F T K I N G S

222 Berkeley Street, Boston, MA 02116 United States



DFS | Sportsbook | Casino

DraftKings Inc. is a US-based company. DraftKings' Sportsbook and Casino products are regulated by the New Jersey Division of Gaming Enforcement as an internet gaming operator in accordance with the Casino Control Act N.J.S.A. 5:12-1 and its implementing regulations. Our Sportsbook and Casino games are tested by the New Jersey Division of Gaming Enforcement to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our Sportsbook and Casino games. Subject to regulatory licensing requirements.
DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved

This email was sent to:
This email was sent by: DraftKings Inc.
To manage your DraftKings email preferences or unsubscribe, click here.

Privacy Policy

**DraftKings is committed to Responsible Gaming**

DraftKings Code of Conduct | DraftKings RG Tools & Resources