**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

John M. Agnello, Esq.
Melissa E. Flax, Esq.
James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jagnello@carellabyrne.com
    mflax@carellabyrne.com
    jcecchi@carellabyrne.com

Richard R. Patch *(pro hac vice)*
Clifford E. Yin *(pro hac vice)*
Christopher J. Wiener *(pro hac vice)*
Sarah E. Peterson (*pro hac vice*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: 415-391-4800
Facsimile: 415-989-1663
Email: ef-rrp@cpdb.com
    ef-cey@cpdb.com
    ef-cjw@cpdb.com
    ef-sep@cpdb.com

Attorneys for Defendants, DraftKings Inc., Crown NJ Gaming Inc. d/b/a DraftKings, DGMB Casino LLC and Resorts Casino Hotel (improperly impleaded as Resorts Atlantic City)

| | | |
|---|---|---|
| MATTHEW YOUNGS, individually and on behalf of all others similarly situated, | : | Civil Action No. 2:25-179 (SRC)(JRA) |
| Plaintiff, | : | **ORDER DISMISSING COMPLAINT** |
| v. | : | |
| DRAFTKINGS, INC.; CROWN NJ GAMING INC. d/b/a DRAFTKINGS; RESORTS ATLANTIC CITY; and DGMB CASINO LLC, | : : : | |
| Defendants. | | |

**THIS MATTER** having been brought before the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. and Coblentz Patch Duffy & Bass LLP, attorneys for Defendants, DraftKings Inc., Crown NJ Gaming Inc. d/b/a DraftKings, DGMB Casino LLC and Resorts Casino Hotel ("Defendants") on notice to LAW OFFICE OF ELVIN ESTEVES LLC and LOEVY & LOEVY, attorneys for Plaintiff, Matthew Youngs, and the Court having considered the submissions of the parties, the oral argument of counsel, if any, and for good cause shown;

IT IS on this _____ day of _____, 2025,

**ORDERED** as follows:

1. Defendants' motion to dismiss the Complaint be and is hereby granted;

2. Plaintiff's Complaint be dismissed with prejudice.

_____
Hon. Stanley R. Chesler, U.S.D.J.