# Law Office of Elvin Esteves LLC

Analysis, Advice And Advocacy That You Can Trust

---

April 7, 2025

**VIA ECOURTS**

**Melissa E. Rhoads, Esq.**
Clerk of Court
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
402 East State Street, Room 2020

Re:   MATTHEW YOUNGS V DRAFTKINGS, ET AL., Civil Action No.: 2:25-cv-00179-(SRC)(JRA)

Dear Clerk of the Court:

This office together with the Loevy & Loevy firm represents Plaintiff in the above-captioned action.

I am writing to request an automatic extension of time pursuant to Local Civil Rule 7.1(d)(5) to file opposition papers to Defendants' Motion to Dismiss in the above-referenced case. The Motion was filed on March 27, 2025 (ECF No. 31). Plaintiff has not requested or received any prior extensions with respect to Plaintiff's opposition to the Motion.

The original motion day is April 21, 2025 with Plaintiff's opposition due on or before April 7, 2025. In accordance with Local Civil Rule 7.1(d)(5), with the extension, the new Motion day will be **May 5, 2025**, which is the next available motion day. Plaintiff's opposition will now be due on or before April 21, 2025, Defendants' reply, if any, will be due on or before April 28, 2025.

Thank you for your assistance with this matter.

Respectfully,

/s/ Elvin Esteves

Elvin Esteves

cc:   Counsel of Record (via ecf)

---

460 BLOOMFIELD AVENUE, SUITE 200, MONTCLAIR, NJ 07042
T (862) 881-5552,  F (862) 701-3993, elvin@estevesjuris.com, www.estevesjuris.com