**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

John M. Agnello, Esq.
Melissa E. Flax, Esq.
James E. Cecchi, Esq.
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Email: jagnello@carellabyrne.com
mflax@carellabyrne.com
jcecchi@carellabyrne.com

Richard R. Patch *(pro hac vice)*
Clifford E. Yin *(pro hac vice)*
Christopher J. Wiener *(pro hac vice)*
Sarah E. Peterson (*pro hac vice*)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104
Telephone: 415-391-4800
Facsimile: 415-989-1663
Email: ef-rrp@cpdb.com
ef-cey@cpdb.com
ef-cjw@cpdb.com
ef-sep@cpdb.com

Attorneys for Defendants, DraftKings Inc. and Crown NJ Gaming Inc. d/b/a DraftKings,

| | | |
|---|---|---|
| MATTHEW YOUNGS, JASON LOMBARDOZZZI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS, INC. and CROWN NJ GAMING INC. d/b/a DRAFTKINGS,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:25-179 (SRC)(JRA)<br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**Return Date: To Be Set By Court Based On Briefing Schedule in 5/1/25 Consent Order** |

**TO:** Elvin Esteves, Esq.
LAW OFFICE OF ELVIN ESTEVES LLC
460 Bloomfield Avenue, Suite 200
Montclair, NJ 07043
(862) 881-5552
elvin@estevesjuris.com

Michael Kanovitz (*pro hac vice*)
Jon Loevy (*pro hac vice*)
Isaac Green (*pro hac vice*)
Aaron Tucek (*pro hac vice)*
LOEVY & LOEVY
311 N Aberdeen Street, Suite 3
Chicago, IL 60607
(312) 243-5900
mike@loevy.com

Attorneys for Plaintiffs

**PLEASE TAKE NOTICE** that on a date to be set by the Court, Defendants DraftKings Inc. and Crown NJ Gaming Inc. d/b/a DraftKings ("Defendants"), shall move before the Hon. Stanley R. Chesler, U.S.D.J., United States District Court, District of New Jersey, Frank R. Lautenberg U.S. Post Office & Courthouse Building, 2 Federal Square, Newark, New Jersey 07102, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 9(b) dismissing Plaintiffs' First Amended Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants shall rely upon the Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint and Declaration of Veronica Hamel submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

Dated: May 22, 2025

By: ______________________________
JOHN M. AGNELLO
JAMES E. CECCHI
MELISSA E. FLAX

COBLENTZ PATCH DUFFY & BASS LLP
Richard R. Patch *(pro hac vice)*
Clifford E. Yin *(pro hac vice)*
Christopher J. Wiener *(pro hac vice)*
Sarah E. Peterson (*pro hac vice*)
One Montgomery Street, Suite 3000
San Francisco, CA 94104

Attorneys for Defendants, DraftKings Inc. and
Crown NJ Gaming Inc. d/b/a DraftKings

**CERTIFICATION OF SERVICE**

I, the undersigned, hereby certify that the within Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss the First Amended Complaint, Declaration of Veronica Hamel and proposed form of Order were served via electronic filing and email on this 22nd day of May, 2025, on:

Elvin Esteves, Esq.
LAW OFFICE OF ELVIN ESTEVES LLC
460 Bloomfield Avenue, Suite 200
Montclair, NJ 07043
(862) 881-5552
elvin@estevesjuris.com

Michael Kanovitz (*pro hac vice*)
Jon Loevy (*pro hac vice*)
Isaac Green (*pro hac vice*)
Aaron Tucek (*pro hac vice)*
LOEVY & LOEVY
311 N Aberdeen Street, Suite 3
Chicago, IL 60607
(312) 243-5900
mike@loevy.com

Attorney for Plaintiffs

*/s/ Melissa E. Flax*
MELISSA E. FLAX