# UNITED STATES DISTRICT COURT OF NEW JERSEY- NEWARK

**OFFICE:** NEWARK
**JUDGE:** STANLEY R. CHESLER
**COURT REPORTER:** JOANNE SEKELLA

**TITLE OF PROCEEDINGS:**
YOUNGS
v.
DRAFTKINGS, INC.

**DATE:** 7/23/2025

**APPEARANCES:**

LAW OFFICE OF ELVIN ESTEVES LLC
BY: ELVIN ESTEVES, ESQUIRE
460 Bloomfield Avenue, Suite 200
Montclair, New Jersey 07043
For the Plaintiffs

**DOCKET NO. 25-179**

LOEVY & LOEVY
BY: ISAAC GREEN, ESQUIRE
311 N Aberdeen Street, Suite 3
Chicago, Illinois 60607
For the Plaintiffs

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, PC
BY: JOHN M. AGNELLO, ESQUIRE
5 Becker Farm Road
Roseland, New Jersey 07068
For the Defendants COBLENTZ PATCH DUFFY & BASS LLP
BY: RICHARD R. PATCH, ESQUIRE
CLIFFORD E. YIN, ESQUIRE
One Montgomery Street, Suite 3000
San Francisco, California 94104
For the Defendant

A L S O   P R E S E N T:
Danielle Hudson, Draft Kings in house counsel
John Nucci, Draft kings in house counsel

**Nature of Proceedings**

Hearing on motion to dismiss d.e. 39.
Ordered motion granted.
Ordered all counts that assert consumer fraud and conversion (Counts I, II, III, V, VI, VII, and VIII) be and are hereby dismissed without prejudice to allow for the parties to re plead within 3 weeks, for the reasons stated on the record.
Ordered Count IV asserting unjust enrichment be and is hereby dismissed with prejudice for the reasons stated on the record.
OTBS

1.45