UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW YOUNGS, JASON LOMBARDOZZI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS, INC. and CROWN NJ GAMING INC. d/b/a DRAFTKINGS,<br><br>Defendants. | Civil Action No. 25-179 (SRC)<br><br>ORDER |

**CHESLER**, District Judge

    **THIS MATTER** was opened to the Court upon the application of Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C. and Coblentz Patch Duffy & Bass LLP, attorneys for Defendants DraftKings Inc. and Crown NJ Gaming Inc. d/b/a DraftKings ("DraftKings" or "Defendants"), by way of Defendants' Motion to Dismiss the Amended Complaint, (Dkt. No. 39) ("Motion"). Plaintiffs Matthew Youngs, Jason Lombardozzi, individually and on behalf of all others similarly situated ("Plaintiffs") filed a brief in opposition to Defendants' Motion, (Dkt. No. 43), and Defendants filed a reply brief in further support of their Motion, (Dkt. No. 45). The Court reviewed the papers filed by both parties and heard oral argument on the Motion on July 23, 2025. Following oral argument, the Court issued the following orders on the record, and for good cause shown now states:

    **IT IS** on this 23rd day of July, 2025, hereby

    **ORDERED** that Defendants' Motion to Dismiss, (Dkt. No. 39), is **GRANTED**; and it is further

**ORDERED** that Counts I, II, III, V, VI, VII, and VIII of the Amended Complaint are dismissed without prejudice for the reasons stated on the record; and it is further

**ORDERED** that Plaintiffs shall have three (3) weeks from the date of this order to file a further amended complaint for the reasons stated on the record; and it is further

**ORDERED** that Count IV of the Amended Complaint is dismissed with prejudice for the reasons stated on the record.

                                                *s/ Stanley R. Chesler*
                                                Stanley R. Chesler, U.S.D.J.